NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROMEO M. CALIMLIM,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3097

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110412-I-1.

---

## ON MOTION

---

## ORDER

Romeo M. Calimlim moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 3 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Romeo M. Calimlim
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 3 0 2012

**JAN HORBALY**
**CLERK**